UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE CANTRELL;<br>DEBBIE CANTRELL;<br>J&J QUALITY DOOR, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-cv-00479-MCE-EFB<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter now having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1